HENRY E. RUSSELL, PLAINTIFF-RESPONDENT, v. BOARD OF ADJUSTMENT OF THE BOROUGH OF TENAFLY *ET AL.*, DEFENDANTS-RESPONDENTS, AND HENRY O. POND, DEFENDANT-PETITIONER.

See same case below:  53 *N. J. Super.* 539.

*Messrs. Winne & Banta* and *Mr. Howard E. Corbett* for the petitioner.

*Mr. George G. Tennant, Jr.,* for the respondent.

April 27, 1959.  Granted.

SHELL OIL COMPANY *ET AL.*, PLAINTIFFS-PETITIONERS, v. MAYOR AND COUNCIL OF THE BOROUGH OF EAST PATERSON, DEFENDANT-RESPONDENT.

*Mr. Jacob L. Bernstein* and *Mr. Joseph M. Jacobs* for the petitioners.

*Mr. James A. Major* and *Mr. R. Sery Nicosia* for the respondent.

April 27, 1959.  Denied.